Richard Dalton RICHMOND v. STATE of Arkansas

CR 96-34                                           913 S.W.2d 305

Supreme Court of Arkansas
Opinion delivered January 29, 1996

*Charles E. Tilmon, Jr.*, for appellant.

No response.

PER CURIAM. Appellant, Richard Dalton Richmond, by his attorney, Charles E. Tilmon, Jr., has filed a motion for rule on

the clerk. His attorney admits that the record was tendered late.

■ We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See per curiam order dated February 5, 1979. *In re: Belated Appeals in Criminal Cases*, 265 Ark. 964; *Terry* v. *State*, 272 Ark. 243, 613 S.W.2d 90 (1981).

A copy of this opinion will be forwarded to the Committee on Professional Conduct.